DESMOND JABARI CAMPBELL      ]
    Plaintiff,                ]
                             ]
v.                           ]          No. 3:17-cv-0796
                             ]          Judge Trauger
RUTHERFORD COUNTY GENERAL    ]
SESSIONS COURT               ]
    Defendant.               ]


**M E M O R A N D U M**


The plaintiff, proceeding *pro se*, is a resident of Murfreesboro, Tennessee. He brings this action for an alleged violation of his civil rights against the Rutherford County General Sessions Court, seeking damages.

According to the complaint, the plaintiff was released from custody on November 22, 2015. The plaintiff claims that he was illegally detained for 206 days pursuant to a community corrections contract that was not legally binding on him. More specifically, he alleges that his illegal confinement was attributable to defendant's failure to keep "accurate records of sentencing, as well as accurate time served." Docket Entry No.1 at pg.10.

The complaint arrived in the Clerk's Office on May 3, 2017. The plaintiff's claim arose when he was released from custody or shortly thereafter in 2015. Thus, it appears that this action is

time-barred by the one year statute of limitations imposed upon civil rights claims brought in Tennessee. <u>Merriweather v. City of Memphis</u>, 107 F.3d 396, 398 (6th Cir.1997).

Nothing in the complaint suggests that the statute should be tolled so as to permit the untimely filing of the complaint. The Court, therefore, concludes that the plaintiff has failed to state a claim upon which relief can be granted because this action is untimely. <u>Dellis v. Corrections Corp. of America</u>, 257 F.3d 508, 511 (6th Cir.2001)(*sua sponte* dismissal of an untimely prisoner complaint is appropriate). Under such circumstances, the Court is obliged to dismiss the complaint. 28 U.S.C. § 1915(e)(2).

An appropriate order will be entered.

_____
Aleta A. Trauger
United States District Judge